UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 30, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 25-MJ-244 |
| MARSHALL DAY, | : | VIOLATION: |
| | : | 18 U.S.C. § 2423(b) |
| Defendant. | : | (Travel with Intent to Engage in Illicit Sexual Conduct) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(1) |
| | : | (Transportation of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(2) |
| | : | (Receipt of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Possession of Child Pornography) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 2428(a); 18 U.S.C. § 2253; |
| | : | 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 10, 2025 in the District of Columbia and elsewhere, the defendant, **MARSHALL DAY**, did travel in interstate commerce with the intent to of engage in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, to wit: **MARSHALL DAY** traveled into the District of Columbia from the State of Maryland with the intent to engage in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age, that is, 9 years of age.

(**Travel With Intent to Engage in Illicit Sexual Conduct**, in violation of 18 U.S.C. §2423(b))

## COUNT TWO

On or about October 10, 2025, within the District of Columbia and elsewhere, the defendant, **MARSHALL DAY**, did knowingly transport, using any means or facility of interstate commerce and in or affecting interstate commerce, one or more images or video files, or other matter, which contain any visual depiction, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Transportation of Child Pornography**, in violation of 18 U.S.C. §2252(a)(1))

## COUNT THREE

On or about October 8, 2025, within the District of Columbia and elsewhere, the defendant, **MARSHALL DAY**, did knowingly receive, using any means or facility of interstate commerce and in or affecting interstate commerce, one or more images or video files, or other matter, which contain any visual depiction, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Receipt of Child Pornography**, in violation of 18 U.S.C. §2252(a)(2))

## COUNT FOUR

On or about October 10, 2025, within the District of Columbia, the defendant, **MARSHALL DAY**, did knowingly possess one or more images or video files, or other matter, which contain any visual depiction that has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce, and which was produced using materials which have been mailed, shipped, and transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, to wit: videos depicting a minor engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A) and such visual depiction is of such conduct.

(**Possession of Child Pornography**, in violation of 18 U.S.C. §2252(a)(4)(B))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **MARSHALL DAY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), his interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of this offense, and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of this offense.

2.  Upon conviction of the offenses alleged in Counts Two, Three, and Four of this Indictment, the defendant, **MARSHALL DAY**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

3.  The property subject to forfeiture includes a black Samsung phone with a blue case with IMEI: 351783150709935.

The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate this offense; and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of this offense.

4.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

>(**Criminal Forfeiture**, pursuant to 18 U.S.C. § 2428(a), 18 U.S.C. § 2253, 21 U.S.C. §853(p), and 28 U.S.C. §2461(c))

A TRUE BILL:

FOREPERSON.

Jeanine Ferris Pirro
United States Attorney

By: *Janani J. Iyengar*
Janani Iyengar
Attorney of the United States and
for the District of Columbia