UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 25-cr-343 |
| v. | : | |
| **MARSHALL DAY,** | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE GRAND JURY TESTIMONY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry by this Court of an order permitting the disclosure of testimony before the grand jury to the defendant, MARSHALL DAY, and his defense counsel.

The government seeks a court order permitting the disclosure of transcripts of witnesses who testified before the grand jury that returned the instant indictment in so far as such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the requirements of Rule 6(e)(3)(F) are satisfied by this motion. The government further submits that such an order is

1

appropriate because some grand jury testimony in this case constitutes material to which the defendants are entitled as part of their discovery.

The government conferred with counsel for the defendant regarding this motion and proposed order, and the defense has consented to the filing of the motion and entry of the proposed order.

Accordingly, the government respectfully requests an order authorizing the disclosure of grand jury testimony to the defendant and her counsel. *See* Rule 6(e)(3)(E)(i).

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY


By:          /s/
Richard S. Kelley
Assistant United States Attorney
DC Bar No. 1026390
601 D Street, N.W.,
Washington, DC   20530
richard.kelley2@usdoj.gov
(202) 252-7247

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 25-cr-343 |
| v. : | |
| : | |
| : | |
| MARSHALL DAY, : | |
| : | |
| Defendant. : | |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for an Order Permitting the Disclosure of Items Protected by Federal Rule of Criminal Procedure 6(e), it is this ___ day of November, 2025,

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the United States may produce to the defendant in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

**SO ORDERED.**

_____
Honorable Jia M. Cobb
United States District Judge